SEALED FILED



APR 02 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09 CR 00135 AWI |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| ARTHUR BURNETT LAWSON, | CRIMINAL PROCEDURE |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 2, 2009, charging the above defendant with a violation of Title 26, United States Code, Section 7201 - Evasion of Assessment of Income Tax (four counts) charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

1

pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: April 2, 2009                    Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        By /s/ Marlon Cobar
                                           MARLON COBAR
                                           Assistant U.S. Attorney

IT IS SO ORDERED this     day of April, 2009

                                        _____
                                        U.S. Magistrate Judge