LAWRENCE G. BROWN
Acting United States Attorney
MARLON COBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
APR 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-135 AWI |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| ARTHUR BURNETT LAWSON, | |
| Defendants. | |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Marlon Cobar, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: April 15, 2009

MARLON COBAR
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: April 15, 2009

DENNIS L. BECK
United States District Judge

1