DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARTHUR BURNETT LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00135 AWI |
|---|---|---|
| Plaintiff, | ) | *AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| ARTHUR BURNETT LAWSON, | ) | Date: September 8, 2009 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for August 17, 2009, **may be continued to September 8, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).

                LAWRENCE G. BROWN
                Acting United States Attorney

DATED: August 12, 2009       /s/ Marlon Cobar
                MARLON COBAR
                Assistant United States Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: August 12, 2009       /s/ Melody M. Walcott
                MELODY M. WALCOTT
                Assistant Federal Defender
                Attorney for Defendant
                ARTHUR BURNETT LAWSON

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) .

IT IS SO ORDERED.

**Dated:   August 14, 2009**       **/s/ Anthony W. Ishii**
                CHIEF UNITED STATES DISTRICT JUDGE