| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | ARTHUR BURNETT LAWSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00135 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| ARTHUR BURNETT LAWSON, | ) | Date:  October 13, 2009 |
| | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for September 28, 2009, **may be continued to October 13, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED: September 23, 2009        /s/ Marlon Cobar
                                        MARLON COBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: September 23, 2009        /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ARTHUR BURNETT LAWSON

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   September 24, 2009**        /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE