DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARTHUR BURNETT LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00135 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| ARTHUR BURNETT LAWSON, | ) ) | Date:  October 26, 2009 |
| Defendant. | ) ) ) | Time:  9:00 A.M. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for October 13, 2009, **may be continued to October 26, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation and plea negotiations.  Assistant United States Attorney Marlon Cobar does not oppose this request.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                            LAWRENCE G. BROWN
                                            United States Attorney

DATED: October 8, 2009            /s/ Marlon Cobar
                                            MARLON COBAR
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: October 8, 2009            /s/ Melody M. Walcott
                                            MELODY M. WALCOTT
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            ARTHUR BURNETT LAWSON

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   October 9, 2009**              /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE