1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ARTHUR BURNETT LAWSON

FILED
JAN 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00135 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; [PROPOSED] ORDER |
| v. | |
| ARTHUR BURNETT LAWSON, | Date: January 25, 2010 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for January 4, 2010, **may be continued to January 25, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation and plea negotiations. Assistant United States Attorney Elana Landau does not oppose this request. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: December 29, 2009        /s/ Elana Landau
                                                ELANA LANDAU
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

                                               DANIEL J. BRODERICK
                                               Federal Defender

DATED: December 29, 2009        /s/ Melody M. Walcott
                                                MELODY M. WALCOTT
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               ARTHUR BURNETT LAWSON

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED: December 31, 2009

                                               ANTHONY W. ISHII, Chief Judge
                                               United States District Court