DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARTHUR BURNETT LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00135 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| ARTHUR BURNETT LAWSON, | Date: February 1, 2010 |
| | Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for January 25, 2010, **may be continued to February 1, 2010, at 9:00 a.m.**

This continuance is requested because defense counsel is currently engaged in trial in the matter of *U.S. v. Freyling, Et al.,* 1:08-cr-00384 OWW, which commenced January 12, 2010, and anticipates trial will continue through the end of January, 2010, and she will not be available for hearing on the date now set. Further, counsel needs additional time to meet with the defendant in this instant matter to discuss the matter and to conduct further investigation and plea negotiation prior to hearing. Assistant United States Attorney Elana Landau does not oppose this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 20, 2010

/s/ Elana Landau
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 20, 2010

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
ARTHUR BURNETT LAWSON

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   January 21, 2010**            /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE