DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARTHUR BURNETT LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00135 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) | |
| ARTHUR BURNETT LAWSON, | ) | Date: December 6, 2010 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now set for November 15, 2010, **may be continued to December 6, 2010, at 9:00 a.m.**

This continuance is requested to allow additional time for defense preparation prior to hearing. Assistant United States Attorney Elana Landau does not oppose this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

Case 1:09-cr-00135-AWI   Document 39   Filed 11/12/10   Page 2 of 2

Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  November 9, 2010          /s/ Elana Landau
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  November 9, 2010          /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
ARTHUR BURNETT LAWSON

**O R D E R**

**IT IS SO ORDERED.**  Sentencing in the above-referenced matter is hereby continued to December 6, 2010, at 9:00 A.M.

IT IS SO ORDERED.

Dated:   November 10, 2010
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; Order                            -2-